# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**

**September Term, 2022**

**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: August 11, 2023** [2012057]

United States of America,

     Appellee

  v.

Roberto A. Minuta,

     Appellant

------------------------------

Consolidated with 23-3096, 23-3108,
23-3110, 23-3115, 23-3116, 23-3117,
23-3118, 23-3129

## O R D E R

It is **ORDERED**, on the court's own motion, that case No. 23-3129 be consolidated as a cross-appeal with case Nos. 23-3092, et al.

              **FOR THE COURT:**
              Mark J. Langer, Clerk

BY:    /s/
        Lynda M. Flippin
        Deputy Clerk