# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**　　　　　　　　　　　　**September Term, 2023**

1:22-cr-00015-APM-11
1:22-cr-00015-APM-6
1:22-cr-00015-APM-7
1:22-cr-00015-APM-8

**Filed On: October 12, 2023**

United States of America,

　　　　Appellee

　　v.

Roberto A. Minuta,

　　　　Appellant

-----------------------------

Consolidated with 23-3096, 23-3108,
23-3110, 23-3115, 23-3116, 23-3117,
23-3118, 23-3129

　　　　**BEFORE:**　　Wilkins, Circuit Judge

**O R D E R**

It is **ORDERED**, on the court's own motion, that

　　　　William Lee Shipley, Jr.
　　　　Law Offices of William Shipley
　　　　P.O. Box 75
　　　　Kailua, HI 96734

a member of the bar of this court, who is not a member of the court's CJA panel, be appointed to represent Roberto A. Minuta in this case.

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-3092**                    **September Term, 2023**

The court concludes that appointment of counsel who is not a member of the court's CJA panel is in the interest of justice, judicial economy, and continuity of representation.  U.S. Court of Appeals for the D.C. Cir. Plan to Implement the Crim. Justice Act of 1964 ¶ IV(G).  Counsel may claim compensation under the Criminal Justice Act for work done in these appeals.

**<u>Per Curiam</u>**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
Scott H. Atchue
Deputy Clerk