# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3092**

**September Term, 2023**

**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: October 12, 2023** [2021549]

United States of America,

        Appellee

    v.

Roberto A. Minuta,

        Appellant

-----------------------------

Consolidated with 23-3096, 23-3108,
23-3110, 23-3115, 23-3116, 23-3117,
23-3118, 23-3129

## O R D E R

It is **ORDERED**, on the court's own motion, that appellant Minuta submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | October 27, 2023 |
| Entry of Appearance Form | October 27, 2023 |
| Transcript Status Report | October 27, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter.

# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3092**                               **September Term, 2023**

Counsel shall file the above documents and any subsequent transcript status reports only in the docket where their party appears and not in all consolidated cases. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                       **FOR THE COURT:**
                                       Mark J. Langer, Clerk

                       BY:      /s/
                                     Scott H. Atchue
                                     Deputy Clerk

The following forms and notices are available on the Court's website:

Criminal Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form