# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**                                   **September Term, 2023**

**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: April 1, 2024** [2047786]

United States of America,

        Appellee

    v.

Roberto A. Minuta,

        Appellant

----------------------------

Consolidated with 23-3096, 23-3108,
23-3110, 23-3115, 23-3116, 23-3117,
23-3118, 23-3129

## O R D E R

By order filed February 26, 2024, appellant Roberto Minuta was directed to file a transcript status report by March 4, 2024, and at 15-day intervals thereafter. To date, the requisite status report has not been filed by appellant. Upon consideration of the foregoing, it is

**ORDERED**, on the court's own motion, that by April 15, 2024, appellant Minuta show cause why case No. 23-3092 should not be dismissed for failure to prosecute. The response to the order to show cause may not exceed the length limitations established by Fed. R. App. P. 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten). Failure by appellant Minuta to comply with this order may result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

              **FOR THE COURT:**
              Mark J. Langer, Clerk

      BY:    /s/
              Laura M. Morgan
              Deputy Clerk