# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**                         **September Term, 2023**

**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: April 22, 2024** [2050814]

United States of America,

        Appellee

    v.

Roberto A. Minuta,

        Appellant


------------------------------

Consolidated with 23-3096, 23-3108,
23-3110, 23-3115, 23-3116, 23-3117,
23-3118, 23-3129

**O R D E R**

Upon consideration of the court's order to show cause filed April 1, 2024, and the response thereto, it is

**ORDERED** that the order to show cause be discharged.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Louis Karl Fisher
Deputy Clerk
