UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————————

No. 23-3092 et al.

———————————

UNITED STATES OF AMERICA,                                  Appellee,

v.

ROBERTO MINUTA, ET AL.,                                  Appellants.

## MOTION TO DISMISS GOVERNMENT CROSS-APPEALS

Pursuant to Federal Rule of Appellate Procedure 42, the United States moves to dismiss the government's cross-appeals in these consolidated cases. The relevant case names and numbers are:

*United States v. Minuta*, No. 23-3115

*United States v. Hackett*, Nos. 23-3116, 23-3129

*United States v. Moerschel*, No. 23-3117

*United States v. Vallejo*, No. 23-3118

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
DANIEL J. LENERZ, DC Bar 888283905
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
(202) 252-6829

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served by electronic means, through the Court's CM/ECF system, upon counsel for appellants, on this 23rd day of January, 2025.

/s/
_____
DANIEL J. LENERZ
Assistant United States Attorney

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 27(d)(2)(A) that the foregoing motion contains 60 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
_____
DANIEL J. LENERZ
Assistant United States Attorney
