# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**                    **September Term, 2024**

**1:22-cr-00015-APM-11**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-8**

**Filed On: February 5, 2025**

United States of America,

        Appellee

    v.

Roberto A. Minuta,

        Appellant

------------------------------

Consolidated with 23-3096, 23-3108, 23-3110,
23-3115, 23-3116, 23-3117, 23-3118, 23-3129

# O R D E R

Upon consideration of the government's motion to dismiss its cross-appeals, it is

**ORDERED** that the motion be granted and Nos. 23-3115, 23-3116, 23-3117, 23-3118, and 23-3129 be dismissed.  It is

**FURTHER ORDERED** that the consolidation of Nos. 23-3115, 23-3116, 23-3117, 23-3118, and 23-3129 with No. 23-3092, et al., be terminated.

The Clerk is directed to issue forthwith the mandate in Nos. 23-3115, 23-3116, 23-3117, 23-3118, and 23-3129.

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

      BY:    /s/
              Laura M. Morgan
              Deputy Clerk