# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3110**  **September Term, 2025**

1:22-cr-00015-APM-11

**Filed On:** September 11, 2025

United States of America,
        Appellee

    v.

Edward Vallejo,
        Appellant

------------------------------

Consolidated with 23-3092

    **BEFORE:**   Wilkins, Circuit Judge

## O R D E R

Upon consideration of the motion for appointment of co-counsel, it is

**ORDERED** that

    Stephen R. Sady
    The Law Office of Stephen R. Sady
    431 NE Laddington Court
    Portland, OR 97232

a member of the bar of this court, who is not a member of this court's CJA panel, be appointed to represent Edward Vallejo in this case.

    The court concludes that appointment of counsel who is not a member of the court's CJA panel is in the interest of justice, judicial economy, and continuity of representation.  U.S. Court of Appeals for the D.C. Cir. Plan to Implement the Crim. Justice Act of 1964 ¶ IV(G).  Counsel may claim compensation under the Criminal Justice Act for work done in this appeal.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:    /s/
       Selena R. Gancasz
       Deputy Clerk