KARA HARTZLER (CA Bar No. 293751)
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
kara_hartzler@fd.org
Attorneys for APPELLANT
JOSEPH HACKETT

# UNITED STATES COURT OF APPEALS

## FOR THE DISTRICT OF COLUMIBA

## WASHINGTON, D.C.

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Appellee,<br><br>v.<br><br>ROBERTO MINUTA, ET AL.<br><br>Appellants. | No. 23-3092<br>No. 23-3096<br>No. 23-3108<br>No. 23-3110<br><br>**UNOPPOSED MOTION TO STAY BRIEFING SCHEDULE** |

Pursuant to Federal Rule of Appellate Procedure 27 and Circuit Rule 27, Appellants collectively move to stay the briefing schedule in this case. Appellants have conferred with Assistant United States Attorney Daniel Lenerz, and the government does not oppose Appellants' request.

Appellant's Opening Brief is currently due on May 4, 2026. On April 14, 2026, Appellee United States filed an unopposed motion to vacate the defendants' convictions in this consolidated appeal and remand to the district court. That motion remains pending before this Court. Because the resolution of this motion may render the filing of an Opening Brief

unnecessary, it is in the interests of judicial efficiency to stay the briefing schedule pending a decision on Appellee's motion. Indeed, this Court has already suspended the briefing schedule in a related case involving similarly situated defendants. *See* United States v. Harrelson, et al, 23-3089, 23-3090, 23-3097, 23-3098, Doc. 2168729 (suspending briefing schedule pending further order).

For these reasons, this Court should suspend the briefing schedule pending the outcome of a decision on Appellee's unopposed motion to vacate and remand.

Respectfully submitted,

DATED:  April 30, 2026          By  */s/ Kara Hartzler*

KARA HARTZLER
Senior Appellate Attorney
On Behalf of Appellants

No. 23-3092
No. 23-3096
No. 23-3108
No. 23-3110

2

## Certificate of Service

I hereby certify that I have caused a copy of the foregoing response to be served by electronic means, through the Court's CM/ECF system upon all parties on this 30th day of April, 2026.

By  */s/ Kara Hartzler*

KARA HARTZLER

Senior Appellate Attorney

On Behalf of Appellants

3

## **Certificate of Compliance**

I certify that pursuant to the Federal Rules of Appellate Procedure that the foregoing response contains 255 words, and, therefore, complies with the type-volume limitation of Fed. R. App. 27(d)(2)(B). The motion was prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

By */s/ Kara Hartzler*

KARA HARTZLER
Senior Appellate Attorney
On Behalf of Appellants