# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**                    **September Term, 2025**

**1:22-cr-00015-APM-11**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-8**

**Filed On:** May 21, 2026

United States of America,

       Appellee

   v.

Roberto A. Minuta,

       Appellant

------------------------------

Consolidated with 23-3096, 23-3108, 23-3110

**BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the unopposed motion to vacate and remand; and the motion to participate as amicus curiae, the opposition thereto, and the lodged amicus brief, it is

**ORDERED** that the motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the judgments of the district court be vacated and the cases be remanded to the district court for consideration of the government's forthcoming motion to dismiss the indictment. In light of the government's stated intention to file such a motion, the court concludes that vacatur and remand is "just under the circumstances." 28 U.S.C. § 2106.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3092**                                    **September Term, 2025**

Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to issue the mandate forthwith to the district court.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:     /s/
Selena R. Gancasz
Deputy Clerk