# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3092**

**September Term, 2025**

**1:22-cr-00015-APM-7**
**1:22-cr-00015-APM-6**
**1:22-cr-00015-APM-8**
**1:22-cr-00015-APM-11**

**Filed On: May 21, 2026** [2174527]

United States of America,

        Appellee

        v.

Roberto A. Minuta,

        Appellant

------------------------------

Consolidated with 23-3096, 23-3108,
23-3110

## M A N D A T E

In accordance with the order of May 21, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

BY:    /s/
        Selena R. Gancasz
        Deputy Clerk

Link to the order filed May 21, 2026